IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MEGAN GOLDEN and JEREMY GOLDEN, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-00529-O |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Megan Golden and Jeremy Golden stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By:  *s/Robert C. Newark, III*
     Robert C. Newark, III
     Texas Bar No. 24040097

HYSLIP & TAYLOR, LLC, LPA
9813 Rail Road Street
Midwest City, OK 73130
(405) 2040047 – Telephone
Rob.newark@yahoo.com

ATTORNEY FOR PLAINTIFFS
MEGAN AND JEREMY GOLDEN

By:  *s/ John W. Bowdich*
     John W. Bowdich
     Texas Bar No. 00796233

THE WILLIS LAW GROUP, PLLC
10440 N. Central Expwy., Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.